

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

---

**Domonique Michelle Thornhill et al.,**

Plaintiff,

v.

**RECEIVED**

**SEP 12 2025**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

URT E&R Towing, Inc., an Illinois corporation, d/b/a Xpert Towing and
Repair; Kevin Corcoran, President and Director of URT E&R Towing, Inc.;
Marcus Bradshaw, Secretary of URT E&R Towing, Inc.; Michael Mahar,
Secretary of URT E&R Towing, Inc.; and John Doe Officers 1–3, individually
and in their official capacities,

Defendant

Case No.
1:25-cv-11052
Judge Sunil R. Harjani
Magistrate Judge Keri L. Holleb Hotaling
RANDOM/Cat. 2

---

## COMPLAINT FOR VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT, FRAUD, CONVERSION, AND DECEPTIVE BUSINESS PRACTICES

Plaintiff, Domonique Michelle Thornhill et al. ("Plaintiff"), for her Complaint against URT E&R Towing, Inc., d/b/a Xpert Towing and Repair, Kevin Corcoran, Marcus Bradshaw, Michael Mahar, and John Doe Officers 1—3 (collectively, "Defendants"), alleges as follows:

## I. JURISDICTION AND VENUE

1. This action arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.; this Court has federal question jurisdiction under 28 U.S.C. §1331.

2. The Court has supplemental jurisdiction over related state—law claims under 28 U.S.C. §1367(a).

3. Venue is proper in this District and Division under 28 U.S.C. §1391(b) because a substantial part of the events or omissions giving rise to these claims occurred in Orland Park, Cook County, Illinois.

## II. PARTIES

For clarity in this Complaint:

 The terms "I," "my," "myself," "me," or "her" shall refer to Plaintiff, Domonique Michelle Thornhill et al..

 The terms "URT/Xpert," "Defendants," or similar references shall collectively refer to URT E&R Towing, Inc., doing business as Xpert Towing and Repair, together with its officers, agents, employees, and related persons named herein.

4. Plaintiff Domonique Michelle Thornhill et al. is a natural living person residing in Orland Park, Illinois, and the owner of Floating Caterpillar Inc., the

titled owner of the vehicle at issue.

5. Defendant URT E&R Towing, Inc. ("URT") is an Illinois corporation with a principal business address at 14101 Leavitt Ave, Dixmoor, IL 60426. URT's registered agent for service is FILEJET LLC, 444 N Michigan Ave, Ste 1200 #162, Chicago, IL 60611–3959.

6. "Xpert Towing and Repair" is an assumed business name under which URT conducts business, registered with the Illinois Secretary of State pursuant to the Illinois Assumed Business Name Act, 805 ILCS 405/1 et seq. An assumed name is not a separate legal entity; URT is liable for acts done under its assumed name. See, e.g., Scholwin v. Johnson, 147 Ill. App. 3d 598 (1st Dist. 1986).

7. Defendant Kevin Corcoran is the President and Director of URT and, on information and belief, resides or receives mail at 7851 W 185th St., Ste. 200, Tinley Park, IL 60477 and/or 163 25S Crawford Ave, Markham, IL 60428.

8. Defendant Marcus Bradshaw is the Secretary of URT and, on information and belief, resides or receives mail at 7851 W 185th St., Ste. 200, Tinley Park, IL 60477.

9. Defendant Michael Mahar is a Secretary of URT and, on information and belief, resides or receives mail at 163 25S Crawford Ave, Markham, IL 60428.

10. Defendants John Doe Officers 1–3 are individuals believed to be officers, directors, managers, or employees of URT/Xpert who personally participated in, directed, or authorized the unlawful towing, fraudulent notices, and debt–collection practices alleged herein.

11. Corporate officers are personally liable for torts they personally commit,

participate in, or authorize even when acting in a corporate capacity. See

Forsythe v. Clark USA, Inc., 224 Ill. 2d 274 (2007).

## III. AGENCY, ALTER EGO, AND D/B/A ALLEGATIONS

12. At all relevant times, each individual defendant acted as an officer, agent,

servant, employee, and/or co–conspirator of URT and Xpert Towing and

Repair, and within the scope and course of such agency and employment.

13. To the extent URT used the assumed name "Xpert Towing and Repair"

to mislead consumers or evade liability, the Court should disregard the

assumed–name form and hold URT and the individual defendants jointly and

severally liable.

## IV. FACTUAL ALLEGATIONS

14. On or about August 12, 2025, at approximately 3:00 p.m. Central Time,

Plaintiff's vehicle—lawfully parked on the public street directly in front of

Plaintiff's residence in Orland Park, Illinois—was seized and towed by

URT/Xpert at Defendants' direction.

15. On or about August 20, 2025, URT/Xpert represented to Plaintiff that the

tow was ordered by the Orland Park Police Department. However, in a

subsequent response to the Better Business Bureau dated August 29, 2025,

URT/Xpert asserted that the tow was requested by the Orland Hills Police

Department.

16. Despite repeated requests, Defendants have refused to produce the tow

authorization record, police call log, or the name and badge number of the

purported authorizing officer from either department.

17. On or about August 20, 2025, Defendants mailed a certified letter

addressed to Plaintiff personally stating that she was the "last titled owner

or lienholder," even though the vehicle is titled to Plaintiff's company, Floating Caterpillar Inc.

18. Defendants demanded $700 for towing and $50 per day for storage, without providing an itemized invoice or a lawful basis for those charges. As of September 14, 2025 (30 days), storage alone totaled $1,500, for a subtotal of at least $2,200.

19. Defendants threatened to sell or otherwise dispose of the vehicle under a mechanic's lien, despite failing to properly notify the registered owner as required by 625 ILCS 5/4–205, and despite lacking lawful authorization for the initial tow under 625 ILCS 5/4–203.

20. Defendants' actions deprived Plaintiff of the use of her business vehicle for more than 30 days, causing loss of business income and opportunities, out–of–pocket costs, and emotional distress.

21. The foregoing conduct was planned, authorized, and/or ratified by Corcoran, Bradshaw, and Mahar, who personally participated in setting, approving, and attempting to collect the unlawful charges and in refusing to provide statutory notices and records.

## V. CLAIMS FOR RELIEF

### COUNT I — VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. §1692 et seq.)

22. Plaintiff realleges paragraphs 1—21.

23. Defendants are "debt collectors" within the meaning of 15 U.S.C. §1692a(6) because they regularly collect or attempt to collect amounts owed or asserted to be owed arising from towing, impound, and storage, or, at minimum, were enforcing a claimed security interest and are liable under §1692f(6). See Nadalin v. Automobile Recovery Bureau, Inc., 169 F.3d 1084,

1085—86 (7th Cir. 1999) (repossession agents are subject to §1692f(6)).

24. Defendants violated the FDCPA, including but not limited to:

   a. §1692e(2)(A) by falsely representing the character, amount, and legal status of the alleged debt (misidentifying the owner and asserting contradictory police authorization);

   b. §1692e(10) by using deceptive means in attempts to collect towing and storage charges;

   c. §1692f(1) by attempting to collect amounts not expressly authorized by law or agreement; and

   d. §1692f(6) by taking or threatening nonjudicial dispossession of property when there was no present right to possession, no lawful basis for the tow, and no proper notice.

25. Plaintiff suffered actual damages, including loss of use, lost business, and emotional distress, and is entitled to statutory damages, costs, and reasonable attorneys' fees under 15 U.S.C. §1692k.

**COUNT II — FRAUD (PLEADED WITH PARTICULARITY UNDER RULE 9(b))**

26. Plaintiff realleges paragraphs 1—21.

27. On or about August 20, 2025, Defendants represented to Plaintiff that the tow was authorized by the Orland Park Police Department; on August 29, 2025, Defendants represented to the BBB that the tow was authorized by the Orland Hills Police Department; and on or about August 20, 2025, Defendants sent a certified letter falsely identifying Plaintiff as the titled owner.

28. These statements were false and/or made with reckless disregard for their truth. Defendants intended that Plaintiff rely on them to pay unlawful

charges and surrender her vehicle.

29. Plaintiff reasonably relied upon Defendants' statements and suffered damages. See Connick v. Suzuki Motor Co., 174 Ill. 2d 482, 496—97 (1996) (elements of common—law fraud).

## COUNT III — CONVERSION

30. Plaintiff realleges paragraphs 1—21.

31. Defendants wrongfully exercised unauthorized control over Plaintiff's vehicle by seizing, withholding, and threatening to dispose of it without lawful justification.

32. Plaintiff has an absolute and immediate right to possession; Defendants' conduct constitutes conversion. See In re Thebus, 108 Ill. 2d 255, 259—60 (1985).

## COUNT IV — ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT (815 ILCS 505/2)

33. Plaintiff realleges paragraphs 1—21.

34. Defendants engaged in deceptive and unfair practices, including misrepresentation of authorization, concealment of records, and the assessment of unlawful and excessive fees, in trade or commerce, causing Plaintiff actual damages.

35. Such conduct violates 815 ILCS 505/2. See Totz v. Continental Du Page Acura, 236 Ill. App. 3d 891, 901—02 (2d Dist. 1992).

## COUNT V — CIVIL CONSPIRACY

36. Plaintiff realleges paragraphs 1—21.

37. Defendants Corcoran, Bradshaw, Mahar, and John Doe Officers 1—3 agreed and acted in concert with URT/Xpert to commit the unlawful acts described herein, including fraud, conversion, and FDCPA violations, and

overt acts were taken in furtherance of that agreement, causing damages to Plaintiff. See Adcock v. Brakegate, Ltd., 164 Ill. 2d 54, 62–64 (1994).

## VI. DAMAGES

38. As a direct and proximate result of Defendants' conduct, Plaintiff suffered: (a) financial damages of at least $2,200 (tow and 30 days' storage); (b) loss of business income and opportunities; and (c) emotional distress.

39. Plaintiff seeks compensatory damages of $250,000, punitive damages as permitted by law, statutory damages under the FDCPA, and costs and reasonable attorneys' fees pursuant to 15 U.S.C. §1692k.

## VII. DECLARATORY AND INJUNCTIVE RELIEF

40. A real and immediate controversy exists. Plaintiff seeks declaratory relief that Defendants' practices described herein are unlawful, and preliminary and permanent injunctive relief enjoining Defendants from engaging in unlawful towing, withholding, and collection practices, and requiring production of the tow authorization, call logs, and itemized charges.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and against Defendants URT E&R Towing, Inc. d/b/a Xpert Towing and Repair; Kevin Corcoran; Marcus Bradshaw; Michael Mahar; and John Doe Officers 1–3, jointly and severally, and award the following relief:

A. Compensatory damages in the amount of $250,000;

B. Punitive damages to deter similar misconduct;

C. Statutory damages, costs, and reasonable attorneys' fees under 15 U.S.C. §1692k;

D. Declaratory and injunctive relief as set forth above; and

E. Such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

_____ Date: September 11, 2025

Domonique Michelle Thornhill

PO Box 2427

Orland Park, IL 60462

Sui Juirs Plaintiff

All Rights Reserved and Retained

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

---

**Domonique Michelle Thornhill et al.,**

Plaintiff,

v.

URT E&R Towing, Inc., d/b/a Xpert Towing and Repair; Kevin Corcoran; Marcus Bradshaw; Michael Mahar; and John Doe Officers 1–3,
Defendants.

Case No. _____

---

# PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF COMPLAINT

---

Page 1 of 4

## I. INTRODUCTION

Plaintiff Domonique Michelle Thornhill et al. ("Plaintiff") files this memorandum in support of her Complaint against URT E&R Towing, Inc. ("URT"), d/b/a Xpert Towing and Repair, and its officers. This action arises from Defendants' unlawful towing of Plaintiff's business vehicle on or about August 12, 2025, from a lawful parking space outside her residence, and their subsequent attempt to collect unauthorized charges through misrepresentation, fraud, and threats of disposal of the vehicle.

Defendants' conduct violates the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., the Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/2), and constitutes common-law fraud, conversion, and civil conspiracy.

## II. JURISDICTION AND VENUE

This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §1331, because Plaintiff asserts claims under the FDCPA. Supplemental jurisdiction exists over Plaintiff's state-law claims pursuant to 28 U.S.C. §1367(a). Venue is proper under 28 U.S.C. §1391(b) because the unlawful towing and collection activities occurred in Orland Park, Illinois, which lies in this judicial district.

## III. LEGAL STANDARD

To survive dismissal under Federal Rule of Civil Procedure 12(b)(6), a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face. Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007). Plaintiff's Complaint more than satisfies this standard.

## IV. ARGUMENT

### A. Defendants Violated the FDCPA

The FDCPA prohibits debt collectors from engaging in deceptive, unfair, or abusive practices in the collection of debts. Defendants' conduct constitutes multiple violations:

– Misrepresenting the legal status of the debt in violation of §1692e(2)(A);

– Using deceptive means to collect fees in violation of §1692e(10);

– Attempting to collect amounts not authorized by law in violation of §1692f(1);

– Towing and threatening to dispose of the vehicle without lawful authority in violation of §1692f(6). See Nadalin v. Automobile Recovery Bureau, Inc., 169 F.3d 1084, 1085–86 (7th Cir. 1999).

### B. Defendants Committed Common-Law Fraud

Fraud in Illinois requires a false statement of material fact, knowledge of falsity, intent to induce reliance, justifiable reliance, and damages. See Connick v. Suzuki Motor Co., 174 Ill. 2d 482, 496–97 (1996). Defendants falsely claimed that different police departments ordered the tow, misidentified Plaintiff as the owner, and concealed authorization records. These intentional misrepresentations were designed to extract payment.

### C. Defendants Committed Conversion

Conversion occurs when one wrongfully exercises control over another's property, depriving the owner of its use. See In re Thebus, 108 Ill. 2d 255, 259–60 (1985). Defendants unlawfully seized and withheld Plaintiff's business vehicle, depriving her of its use for more than 30 days.

### D. Defendants Violated the Illinois Consumer Fraud Act

Illinois law prohibits deceptive or unfair acts in trade or commerce. 815 ILCS 505/2. Defendants' conduct—including misrepresentation, concealment, and unlawful charges—constitutes deceptive practices that harmed Plaintiff. See Totz v. Continental Du Page Acura, 236 Ill. App. 3d 891, 901–02 (2d Dist. 1992).

### E. Defendants Engaged in Civil Conspiracy

A civil conspiracy exists where two or more parties combine to accomplish an unlawful purpose through concerted action. See Adcock v. Brakegate, Ltd., 164 Ill. 2d 54, 62–64 (1994). Defendants Corcoran, Bradshaw, and Mahar acted in concert with URT/Xpert to ratify and execute the unlawful tow, fraudulent charges, and concealment of records.

## V. DAMAGES

Plaintiff seeks compensatory damages of $250,000 for lost business income, deprivation of property, and emotional distress. Plaintiff also seeks statutory damages, costs, and attorney's fees under the FDCPA, and punitive damages to deter similar misconduct.

## VI. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court deny any attempt to dismiss this action, and that judgment be entered in Plaintiff's favor after trial.


Respectfully submitted,


_____  Date: September 11, 2025

Demonique Michelle Thornhill

PO Box 2427

Orland Park, IL 60462

Sui Juirs Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

---

**Domonique Michelle Thornhill et al.,**

Plaintiff,

v.

URT E&R Towing, Inc., d/b/a Xpert Towing and Repair; Kevin Corcoran;

Marcus Bradshaw; Michael Mahar; and John Doe Officers 1—3,

Defendants.

Case No. _____

Judge: _____

---

**AFFIDAVIT OF DOMONIQUE THORNHILL IN SUPPORT OF COMPLAINT**

I, Domonique Michelle Thornhill, being duly sworn, state as follows:

1. I am the Plaintiff in this action, over the age of 18, and competent to testify to the matters set forth herein.

2. On or about August 12, 2025, my vehicle was legally parked on the public street in front of my residence in Orland Park, Illinois.

3. On or about that date, my vehicle was unlawfully towed and seized by URT E&R Towing, Inc., doing business as Xpert Towing and Repair ("URT/Xpert"), without my consent and without lawful police authorization.

4. URT/Xpert initially claimed that the tow was ordered by the Orland Park Police Department, but in its August 29, 2025, response to the Better Business Bureau, URT/Xpert claimed instead that the tow was ordered by the Orland Hills Police Department.

5. Despite multiple requests, URT/Xpert has refused to produce the tow authorization record, call log, or the identity of the officer who allegedly ordered the tow.

6. On or about August 20, 2025, I received a certified letter from URT/Xpert addressed to me personally, stating that I was the "last titled owner or lienholder." This was false, because the vehicle is registered under my

company, Floating Caterpillar Inc.

7. URT/Xpert demanded $700 for the tow and $50 per day in storage fees, without providing an itemized breakdown of charges. By September 14, 2025, the storage charges alone had accrued to approximately $1,500, for a total of $2,200.

8. URT/Xpert threatened to dispose of the vehicle under a mechanic's lien, despite failing to properly notify the registered owner as required by 625 ILCS 5/4–205 and without lawful authorization for the tow under 625 ILCS 5/4–203.

9. As a result, I have been deprived of my vehicle for nearly 30 days, causing me loss of business income, interruption of business operations, emotional distress, and reputational harm.

10. The foregoing facts are true and correct to the best of my knowledge, information, and belief.

**Declaration Under 28 U.S.C. §1746**
I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ⎯ day of ⎯ September, 2025.

All Rights Reserved and Retained

Domonique Michelle Thornhill

Sui juirs Plaintiff

**Notary Acknowledgment (Optional)**

State of Illinois  )

County of _Cook_ ) SS.


Subscribed and sworn to before me on this _11_ day of _September_, 2025, by

Domonique Michelle Thornhill.


Notary Public

My Commission Expires: _11/17/2026_

OFFICIAL SEAL
JACOB FARRAJ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/17/2026

ANNEXURE

Better Business Bureau

121 W. Wacker Dr. Ste 2000
Chicago IL 60601
(312) 832-0500
bbb.org/chicago

**Case #:** 23781468

**Sent to Business on:** 08/23/2025

**Business Info:**
URT E&R Towing, Inc.
16325 S Crawford Ave
Markham, IL 60428
7084171395

**Consumer Info:**
Thornhill, DOMONIQUE
PO Box 2427
Orland park, IL 60462
708-353-9010
domoniquetllc@gmail.com

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

On or about August 14, 2025  my vehicle was towed from a legal parking spot directly in front of my residence while I was on vacation.

URT E&R Towing Inc. (14101 Leavitt Ave, Dixmoor, IL 60426) claims the tow was ordered by the Orland Park Police Department, but has refused to provide any documentation, including the name of the officer or the authorization record.

I was sent a certified letter to my personal PO Box addressed to me by name, stating that I am the last titled owner or lien holder of the vehicle.

However, the vehicle is registered under my business name, Floating Caterpillar Inc., not my personal name. This misidentification raises concerns about the legitimacy and legality of their claim.

The company is demanding $700 to release the vehicle, along with $50 per day for storage, yet they have refused to provide a breakdown of the charges or any record of the tow.

They have further threatened to dispose of the vehicle under a "mechanic's lien," despite the lack of proper notice to the actual registered owner.

This conduct appears to be predatory and deceptive. The refusal to provide documentation, inflated fees, and improper targeting of the wrong party constitute potential violations of Illinois consumer protection laws and fair debt collection regulations.

I am requesting the assistance of the Better Business Bureau in investigating this matter and obtaining a fair resolution.

Desired Resolution:

- Immediate release of the vehicle without charge or a full breakdown of lawful justification

- Written documentation from URT E&R Towing Inc. outlining who authorized the tow and why

- Refund of any amounts paid under duress

- Cease and desist from further action against me or my company regarding this vehicle

- Assurance that similar actions will not be taken against others without proper notice and legal cause

**Consumer's Desired Resolution:**
- Immediate release of the vehicle without charge or a full breakdown of lawful justification - Written documentation from URT E&R Towing Inc. outlining who authorized the tow and why - Refund of any amounts paid under duress - Cease and desist from further action against me or my company regarding this vehicle - Assurance that similar actions will not be taken against others without proper notice and legal cause

**From:** BBB BBB Chicago & N. Illinois
**To:** Consumer
**Sent:** 08/23/2025
**Subject:** Complaint has been sent to the business

Domonique Thornhill
PO Box 2427
Orland Park, IL, 60462


Dear Domonique Thornhill:

Thank you for contacting the Better Business Bureau. This message is in regard to your complaint submitted on 8/21/2025 against URT E&R Towing, Inc.. Your complaint was assigned ID 23781468.

Please make note of the case number above and refer to it in all future communications with BBB(R) regarding this matter.

Your complaint has been accepted and forwarded to the business for their response. Please be patient as it may take up to 40 days to complete the process.

Failure of the business to respond is taken quite seriously and may negatively impact their rating with BBB so that other consumers are informed.

It is important for both parties to maintain realistic expectations and respond in a professional, fair, and courteous manner. Our goal is for you and the business to be able to work towards an amicable solution. Should this prove difficult, both parties may be offered the opportunity to participate in Dispute Resolution Process.

By submitting a complaint, you have represented that it is a truthful account of your experience with this business. BBB may edit the complaint or responses to protect privacy rights and to remove inappropriate language.

Note, the text of your complaint and the response from the business will be publicly posted on BBB's web site (BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifying information.

You can call us at 312-832-0500 and our experts will gladly provide free, objective, and accurate information about businesses and charities located throughout North America.

Sincerely,


*Customer Relations Representative*

**Better Business Bureau**
121 W Wacker, Suite 2000
Chicago, IL  60601
312-832-0500
Customer.Relations@chicago.bbb.org
BBB.org

**From:** BBB BBB Chicago & N. Illinois
**To:** Consumer
**Sent:** 08/29/2025
**Subject:** Message received from the business about your complaint

Domonique Thornhill
PO Box 2427
Orland Park,IL 60462

Dear Domonique Thornhill:

This message is in regard to your complaint submitted on 8/21/2025 against URT E&R Towing, Inc.. Your complaint was assigned ID 23781468.

Thank you for taking the time to inform us of your experience with this business. BBB® has received a response from the business regarding your complaint. The details of the complaint activity (including the business' response) are viewable below, or attached, and/or have been forwarded to you directly by the business.

If the business' response satisfies your concerns indicate as such on the case link "Accept Business Response" or let us know in writing that your complaint has been resolved.

If the business' response does NOT satisfy your concerns indicate as such on the case link "Reject Business Response" or let us know in writing that your complaint has not been resolved. Please also provide a detailed explanation of what you continue to dispute and supply any documentation that supports your case.

**If you received this complaint via Postal Mail, you may respond online using the link below or respond by mail using the address above.**
**To access/respond to this complaint online:**
Go to: https://respond.bbb.org/letter/
Enter the following code: 23781468-2FFCE

Please provide a response within **7 calendar days**. If your BBB does not receive a response in the indicated timeframe, your complaint will close as Assumed Resolved and the business will be notified. If you provide additional information regarding your case after the case has been closed out as Assumed Resolved, it is up to the discretion of your BBB Customer Relations Advocate to reopen the complaint based on the additional information provided.

The text of your response maybe publicly posted on the BBB web site (BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifiable information in your response. By submitting your response, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.

Sincerely,

*Customer Relations Representative*
**Better Business Bureau**®
Customer.Relations@chicago.bbb.org
BBB.org

**MESSAGE FROM BUSINESS:**

Complainant's vehicle was towed on 8/12/25 at the request of the Orland Hills Police Department.  A copy of the tow case and any tickets (if issued) may be obtained from the OHPD.   Owner/Lien Holder notifications are mailed to all parties named on vehicle ownership records obtained from the Illinois Secretary of State.   Please refer to the notification letter that you received via certified mail for applicable Illinois State Statutes pertaining to vehicle impoundment and liens.

A waiver or reduction in fees will not be considered in this case.

**From:** Consumer DOMONIQUE Thornhill
**To:** BBB
**Sent:** 08/29/2025
**Subject:** I do not accept the response made by the business to resolve this complaint

Response to Business and Notice of Intent to Sue
BBB Complaint ID: 23781468
Complainant: Domonique Thornhill

To Whom It May Concern,

I reject the response submitted by URT E&R Towing, Inc. for the following reasons:

1. Contradictory Statements and Lack of Proof of Authorization
My original complaint stated that URT E&R Towing refused to provide any documentation of who ordered the tow, including the officer's name or call record. In their BBB response, the company now claims that the vehicle was towed "at the request of the Orland Hills Police Department," not Orland Park Police as originally represented to me. This contradiction raises serious questions about the truthfulness and legality of the tow. Under 625 ILCS 5/4-203(f), a towing company may not remove a vehicle unless it is properly authorized by law enforcement or the property owner, and the authorization must be documented. The refusal to produce the call log or authorization form is a violation of Illinois law.

2. Failure to Notify the Registered Owner
The certified letter was addressed to me personally, despite the fact that the vehicle is registered to Floating Caterpillar Inc., not my individual name. Illinois law requires that notice be sent to the last registered owner and lienholder on file with the Illinois Secretary of State (625 ILCS 5/4-205). Failure to properly notify the legal entity that owns the vehicle invalidates any mechanic's lien they claim.

3. Unfair Debt Collection Practices and Inflated Fees
The demand of $700 plus $50/day in storage fees, without providing a lawful breakdown, constitutes an attempt to collect an unlawful debt. Courts have recognized that towing companies acting as debt collectors must comply with the Fair Debt Collection Practices Act (FDCPA, 15 U.S.C. §1692 et seq.). Charging fees without lawful basis, and refusing to release documentation supporting the charges, constitutes deceptive and unfair business practices under the Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/2).

4. Theft of Property and Loss of Business Income
By wrongfully seizing a vehicle registered to my business and threatening to dispose of it under an invalid lien, URT E&R Towing has caused direct harm, including loss of business income, interruption of operations, and ongoing deprivation of property. This rises to the level of conversion (see In re Thebus, 108 Ill.2d 255 (1985)).

5. Public Policy and Due Process Violations
Illinois courts have held that predatory towing without adequate proof of authorization violates public policy

call log and authorization records, URT E&R Towing denies me my right to due process and transparency under
state law.

Demand for Documentation
I hereby demand production of the following within 7 days:

- The tow authorization record and call log showing which officer from which police department requested the
tow;

- Any and all documentation obtained from the Illinois Secretary of State regarding the registered owner;

- A full itemized breakdown of all charges assessed, including tow, storage, and administrative fees.

Notice of Intent to Sue
If URT E&R Towing, Inc. fails to comply with the above demands, I will pursue legal remedies, including:

- Filing a civil lawsuit for unfair debt collection practices, theft of property, conversion, deceptive business
practices, and loss of business income;

- Seeking compensatory damages, punitive damages, and injunctive relief;

- Filing complaints with the Illinois Attorney General's Office and the Federal Trade Commission.

Please be advised that this constitutes my formal Notice of Intent to Sue. All rights and remedies are expressly
reserved.

Respectfully submitted,

Domonique Thornhill
PO Box 2427
Orland Park, IL 60462

**From:** BBB BBB Chicago & N. Illinois
**To:** Consumer
**Sent:** 09/09/2025
**Subject:** Message received from the business about your complaint

Domonique Thornhill
PO Box 2427
Orland Park,IL 60462


Dear Domonique Thornhill:

This message is in regard to your complaint submitted on 8/21/2025 against URT E&R Towing, Inc.. Your complaint was assigned ID 23781468.

Thank you for taking the time to inform us of your experience with this business. Please make note of the case number above and refer to it in all future communications with BBB® regarding this matter.

Your BBB® has received a response from the business regarding your complaint. The details of the complaint activity (including the business' response) are viewable below, or attached, and/or have been forwarded to you directly by the business.

If the business' response satisfies your concerns, indicate as such on the case link "Accept Business Response" or let us know in writing that your complaint has been resolved.

If the business' response does NOT satisfy your concerns, indicate as such on the case link "Reject Business Response" or let us know in writing that your complaint has not been resolved. Please include a detailed explanation of what you continue to dispute and supply any documentation that supports your case.

> **If you received this complaint via Postal Mail, you may respond online using the link below or respond by mail using the address above.**
> **To access/respond to this complaint online:**
> Go to: https://respond.bbb.org/letter/
> Enter the following code: 23781468-2FFCE

Please provide a response within **7 calendar days**. If your BBB does not receive a written response in the indicated timeframe, your complaint will close as Assumed Resolved and the business will be notified. If you provide additional information regarding your case after the case has been closed out as Assumed Resolved, it is up to the discretion of your BBB caseworker to reopen the complaint based on the additional information provided.

The text of your response will be publicly posted on the BBB web site (BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifiable information in your response. By submitting your response, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.

Sincerely,

*Customer Relations Representative*
**Better Business Bureau®**
121 W Wacker, Suite 2000
Chicago, IL  60601
312-832-0500
Customer.Relations@chicago.bbb.org
BBB.org

**MESSAGE FROM BUSINESS:**

Per claimant's request, we've attached a current invoice for review.  In response to the claimant's intent to sue, we will respond accordingly to any such action.

**From:** Consumer DOMONIQUE Thornhill
**To:** BBB
**Sent:** 09/09/2025
**Subject:** I do not accept the response made by the business to resolve this complaint

Complaint: 23781468

Domonique Thornhill
PO Box 2427
Orland Park, IL 60462
Date: September 9, 2025

Via Certified Mail
E&R Towing / URT E&R Towing, Inc. d/b/a Xpert Towing and Repair
16325 S Crawford Ave
Markham, IL 60428

Re: Response to Invoice – Vehicle Tow of August 12, 2025

To Whom It May Concern:
I am in receipt of your recent communication and attached invoice dated August 12, 2025. I must make clear that:
I did not request an invoice. My original and repeated requests have been for:
Documentation of which law enforcement agency allegedly authorized the tow,
The name, badge number, and report/call log of the officer who authorized it, and
The statutory basis under Illinois law permitting you to seize and hold my vehicle.
Your invoice does not address any of these requests and provides no lawful justification for the seizure of my vehicle. Listing "Orland Hills Police Department" on the invoice does not constitute valid proof of authorization. No call log, report number, or authorization document has been produced.
Under 625 ILCS 5/4-203 and 5/4-205, towing companies may not tow or hold vehicles without proper authorization, notice, and documentation. Failure to provide this information upon request demonstrates noncompliance with Illinois law.
Sending an invoice in place of the requested documentation is not responsive and appears to be an attempt to legitimize unlawful conduct. It does not cure your ongoing violations, including but not limited to unlawful seizure, conversion, and unfair debt collection practices.
I reiterate my demand that you immediately provide the requested information and release my vehicle without further charge. Your failure to comply continues to cause me harm, including loss of business income and use of property.
Please be advised that:
I stand by my Notice of Intent to Sue for fraud, conversion, unfair debt collection practices, and deceptive business practices.

I will use this response, and your failure to provide proof of lawful authorization, as evidence in forthcoming litigation in the United States District Court for the Northern District of Illinois, Eastern Division.

I reserve all rights to seek full damages for financial loss, emotional harm, and punitive damages.

You are again placed on notice to produce the requested documents immediately. Your continued refusal to provide proof of lawful authority will be deemed further evidence of bad faith and unlawful conduct.

Respectfully,


Domonique Thornhill
September 9, 2025

**From:** BBB BBB Chicago & N. Illinois
**To:** Consumer
**Sent:** 09/11/2025
**Subject:** Your complaint has closed as answered.

Domonique Thornhill
PO Box 2427
Orland Park IL 60462

Dear Domonique Thornhill,

**This message is regarding Complaint ID # 23781468- URT E&R Towing, Inc.**

Thank you for taking the time to inform us of your experience with this business. Please make note of the case number above and refer to it in all future communications with BBB® regarding this matter.

We understand you are NOT satisfied with the business's response and we have noted your dissatisfaction in our files. We regret, we were unable to reach your desired resolution, the business has provided BBB with its position. This matter is now closed in BBB files, and will appear in the company's BBB Business Review as: "Answered - the business addressed the issues within the complaint, but the consumer remains dissatisfied."

Please remember to always look for a business on www.bbb.org/chicago

Sincerely,

*Customer Relations Representative*
**Better Business Bureau**ₐ
121 W Wacker, Suite 2000
Chicago, IL  60601
312-832-0500
Customer.Relations@chicago.bbb.org
BBB.org

# E&R Towing

## RELEASE INVOICE

16325 S Crawford Ave
Markham, IL 60428
(708) 333-7300

| | |
|---|---|
| Invoice #: | 95380 |
| Invoice Date: | Aug 12, 2025 |

| | | | |
|---|---|---|---|
| Dispatch Time: | Aug 12, 2025 @ 10:50AM | Police Department: | Orland Hills Police Department |
| Tow Time: | Aug 12, 2025 @ 10:50AM | | |
| Completion Time: | Aug 12, 2025 @ 10:56AM | Address: | 16838 Hobart Avenue Orland Hills, IL |
| Release Time: | | | 60487 |
| Tow Yard: | 16325 S Crawford Ave Markham, IL 60428 | Vehicle: | Chevrolet Impala |
| Driver: | RW | Color: | Black |
| Truck: | 370 2 car carrier | Year: | 2014 |
| Released By: | | VIN: | 2G1125S33E9182415 |
| | | License Plate: | IL EY11096 |

| Release To | Payer |
|---|---|
| Release To: | Payer Name: |
| Release To License: | Payer License: |
| Release To Phone: | Payer Phone: |

| Description | Details | Quantity | Price | Total |
|---|---|---|---|---|
| Tow Fee | | 1.00 | $170.00 | $170.00 |
| Loaded Mileage | | 0.00 | $0.00 | $0.00 |
| Storage | | 27 | $50.00 | $1,350.00 |
| Lien Process Fee | | 1.00 | $0.00 | $0.00 |
| Administrative Fee | | 1.00 | $30.00 | $30.00 |
| EPA FEE | | 1.00 | $15.00 | $15.00 |
| Fuel Charge | | 1.00 | $5.00 | $5.00 |

| Release Notes | | |
|---|---|---|
| | Sales Tax: | $0.00 |
| | Total Charges: | $1,570.00 |
| | Credits/Refunds: | |
| | Payments: | |
| | **Balance Owed:** | **$1,570.00** |

I, the undersigned, do hereby certify that I am legally authorized to take possession of the vehicle referenced above.

_____          _____
Releasee Signature                              Date

_____          _____
Payer Signature                                  Date

E&R Towing is not responsible for loss or damages caused by faulty tires, bumper brackets, etc. and assumes no responsibility for loss or damage by theft, fire or any other cause beyond our control, to any vehicle placed with us for storage or repair.

# E&R Towing

RELEASE INVOICE

16325 S Crawford Ave
Markham, IL 60428
(708) 333-7300

| | |
|---|---|
| Invoice #: | 95380 |
| Invoice Date: | Aug 12, 2025 |

| | | | |
|---|---|---|---|
| Dispatch Time: | Aug 12, 2025 @ 10:50AM | Police Department: | Orland Hills Police Department |
| Tow Time: | Aug 12, 2025 @ 10:50AM | | |
| Completion Time: | Aug 12, 2025 @ 10:56AM | Address: | 16838 Hobart Avenue Orland Hills, IL 60487 |
| Release Time: | | | |
| Tow Yard: | 16325 S Crawford Ave Markham, IL 60428 | Vehicle: | Chevrolet Impala |
| Driver: | RW | Color: | Black |
| Truck: | 370 2 car carrier | Year: | 2014 |
| Released By: | | VIN: | 2G1125S33E9182415 |
| | | License Plate: | IL EY11096 |

| Release To | | Payer | |
|---|---|---|---|
| Release To: | | Payer Name: | |
| Release To License: | | Payer License: | |
| Release To Phone: | | Payer Phone: | |

| Description | Details | Quantity | Price | Total |
|---|---|---|---|---|
| Tow Fee | | 1.00 | $170.00 | $170.00 |
| Loaded Mileage | | 0.00 | $0.00 | $0.00 |
| Storage | | 27 | $50.00 | $1,350.00 |
| Lien Process Fee | | 1.00 | $0.00 | $0.00 |
| Administrative Fee | | 1.00 | $30.00 | $30.00 |
| EPA FEE | | 1.00 | $15.00 | $15.00 |
| Fuel Charge | | 1.00 | $5.00 | $5.00 |

| Release Notes | | | |
|---|---|---|---|
| | Sales Tax: | | $0.00 |
| | Total Charges: | | $1,570.00 |
| | Credits/Refunds: | | |
| | Payments: | | |
| | **Balance Owed:** | | **$1,570.00** |

I, the undersigned, do hereby certify that I am legally authorized to take possession of the vehicle referenced above.

_____     _____
Releasee Signature                                        Date

_____     _____
Payer Signature                                            Date

E&R Towing is not responsible for loss or damages caused by faulty tires, bumper brackets, etc. and assumes no responsibility for loss or damage by theft, fire or any other cause beyond our control. to any vehicle placed with us for storage or repair.

**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

Year    Corporation File No

<u>2018</u>    <u>71185133</u>

FILED  March 21, 2018

**Jesse White, Secretary of State**

1. **Corporate Name** <u>URT E&R TOWING, INC.</u>

   **Registered Agent** <u>ILLINOIS CORPORATION SERVICE C</u>

   **Registered Office** <u>801 ADLAI STEVENSON DRIVE</u>

   **City, IL, Zip Code, County** <u>SPRINGFIELD, IL 62703-4261 SANGAMON</u>

2. **Principal address of Corporation** <u>18861 90TH AVE SUITE E      MOKENA, IL 60448</u>

3a. **State or Country of Incorporation** <u>ILLINOIS</u>    **3b. Date Incorporated/Qualified** <u>04-19-2017</u>

4. **The names and addresses of ALL officers & directors MUST be listed here!**

| Officers | |
|---|---|
| Title<br>Name & Address | PRESIDENT<br>GERALD CORCORAN, 18861 90TH AVE, MOKENA, IL 60448 |
| Title<br>Name & Address | SECRETARY<br>MICHAEL MAHAR, 18861 90TH AVE, MOKENA, IL 60448 |
| Title<br>Name & Address | DIRECTOR<br>GERALD CORCORAN  18861 90TH AVE      MOKENA, IL 60448 |

5. **If 51% or more of the stock is owned by a minority or female, please check the appropriate box**

   ☐Minority    ☐Female    ☐Both

6. **Number of shares authorized and issued as of** <u>1-31-2018</u>

| Class | Series | Par Value | Number Authorized | Number Issued |
|---|---|---|---|---|
| COMMON | | 0.00000 | 1000 | 1000.000 |
| | | | | |

7. **The amount of paid-in-capital as of** <u>1-31-2018</u>    **is  $** <u>10</u>

8. **All property owned by the corporation is located in Illinois and all business transacted by the corporation is in Illinois.**

9. **Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.**

| Fee Summary | |
|---|---|
| Franchise Tax: $25.00 | |
| Filing Fee: $75.00 | |
| Penalty: $0.00 | |
| Interest: $0.00 | |
| Total Fee: $100.00 | |

**By** <u>MICHAEL MAHAR</u>
**Authorized Officer**

<u>SECRETARY     March 21, 2018</u>
**Title & Date**

This document was electronically generated at www.cyberdriveillinois.com

**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

Year          Corporation File No

2025          71185133

FILED  April 14, 2025

**Alexi Giannoulias, Secretary of State**

1. **Corporate Name** URT E&R TOWING, INC.

   **Registered Agent** FILEJET LLC

   **Registered Office** 444 N MICHIGAN AVE STE 1200 162

   **City, IL, Zip Code, County** CHICAGO, IL  60611-3959 COOK

2. **Principal address of Corporation** 7851 W 185TH STREET STE. 200
   TINLEY PARK, IL  60477

3a. **State or Country of Incorporation** ILLINOIS          3b. **Date Incorporated/Qualified** 04-19-2017

4. **The names and addresses of ALL officers & directors MUST be listed here!**

| Officers | |
|---|---|
| Title<br>Name & Address | PRESIDENT<br>KEVIN CORCORAN 163 25S CRAWFOR<br>D AVE, MARKHAM, IL 60428 |
| Title<br>Name & Address | SECRETARY<br>MICHAEL MAHAR 163 25S CRAWFORD<br>AVE, MARKHAM, IL 60428 |
| Title<br>Name & Address | DIRECTOR<br>KEVIN CORCORAN<br>7851 W 185TH ST. STE 200<br>TINLEY PARK, IL  60477 |

5. **If 51% or more of the stock is owned by a minority or female, please check the appropriate box**

   ☐Minority          ☐Female          ☐Both

6. **Number of shares authorized and issued as of** 1-31-2025

| Class | Series | Par Value | Number Authorized | Number Issued |
|---|---|---|---|---|
| COMMON | | 0.000000 | 1000 | 1000.000 |
| | | | | |

7. **The amount of paid-in-capital as of** 1-31-2025          is  $ 10

8. **The corporation elects to pay its annual franchise tax based upon 100% of its total paid-in capital.**

9. **Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.**

**By** KEVIN CORCORAN
**Authorized Officer**

PRESIDENT          April 14, 2025
**Title & Date**

| Fee Summary |
|---|
| Franchise Tax: $0.00 |
| Filing Fee: $75.00 |
| Penalty: $0.00 |
| Interest: $0.00 |
| |
| Total Fee: $75.00 |

This document was electronically generated at www.ilsos.gov

| **State of Illinois**<br>**Domestic/Foreign Corporation Annual Report** | **Year** | **Corporation File No** |
|---|---|---|
| | 2025 | 71185133 |

FILED   April 14, 2025

**Alexi Giannoulias, Secretary of State**

---

1. **Corporate Name** URT E&R TOWING, INC.

   **Registered Agent** FILEJET LLC

   **Registered Office** 444 N MICHIGAN AVE STE 1200 162

   **City, IL, Zip Code, County** CHICAGO, IL  60611-3959 COOK

2. **Principal address of Corporation** 7851 W 185TH STREET STE. 200
   TINLEY PARK, IL  60477

3a. **State or Country of Incorporation** ILLINOIS     3b. **Date Incorporated/Qualified** 04-19-2017

4. **The names and addresses of ALL officers & directors MUST be listed here!**

| **Officers** | |
|---|---|
| Title<br>Name & Address | PRESIDENT<br>KEVIN CORCORAN 163 25S CRAWFOR<br>D AVE, MARKHAM, IL 60428 |
| Title<br>Name & Address | SECRETARY<br>MICHAEL MAHAR 163 25S CRAWFORD<br>AVE, MARKHAM, IL 60428 |
| Title<br>Name & Address | DIRECTOR<br>KEVIN CORCORAN<br>7851 W 185TH ST. STE 200<br>TINLEY PARK, IL  60477 |

5. **If 51% or more of the stock is owned by a minority or female, please check the appropriate box**

   ☐Minority     ☐Female     ☐Both

6. **Number of shares authorized and issued as of** 1-31-2025

| Class | Series | Par Value | Number Authorized | Number Issued |
|---|---|---|---|---|
| COMMON | | 0.000000 | 1000 | 1000.000 |
| | | | | |

7. **The amount of paid-in-capital as of** 1-31-2025     is  $ 10

8. **The corporation elects to pay its annual franchise tax based upon 100% of its total paid-in capital.**

9. **Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.**

| | **Fee Summary** |
|---|---|
| **By** KEVIN CORCORAN<br>**Authorized Officer** | Franchise Tax: $0.00 |
| | Filing Fee: $75.00 |
| PRESIDENT          April 14, 2025 | Penalty: $0.00 |
| **Title & Date** | Interest: $0.00 |
| | Total Fee: $75.00 |

This document was electronically generated at www.ilsos.gov

9/11/25, 11:53 AM
Complaint Detail

 An official website of the United States Government

 **Consumer Financial Protection Bureau**

(https://www.consumerfinance.gov/)

Start a new complaint

❮ All complaints (.)

# 250822-23406089

OPEN

 Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 8/21/2025 | Debt collection | Took or threatened to take negative or legal action |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

### YOUR COMPLAINT

Consumer Financial Protection Bureau (CFPB) Complaint Consumer Information: Name: Domonique Thornhill Address: PO Box 2427, Orland Park, IL 60462 Company Vehicle Registered To: Floating Caterpillar Inc. Company Being Complained About: Company Name: URT E&R Towing Inc. Address: 14101 Leavitt Ave, Dixmoor, IL 60426 Type of Company: Vehicle Towing & Impound Services Complaint Narrative: On or about August 14, 2025, my vehicle (2014 Chevrolet IMPALA VIN 2G1125S33E9182415) was towed from a legal parking space in front of my residence while I was out of the country. The company, URT E&R Towing Inc., claims the Orland Park Police Department authorized the tow, but refuses to disclose the officer's name or provide documentation of any lawful authorization. I received a certified letter claiming that I am the "last titled owner or lien holder" and that the vehicle is subject to a mechanics lien for unpaid towing and storage. However, the vehicle is titled and registered to my business (Floating Caterpillar Inc.), not to me personally, making the notice misleading and inaccurate. The towing

Case: 1:25-cv-11052 Document #: 1 Filed: 09/12/25 Page 38 of 42 PageID #:38

company is demanding $700 plus $50/day in storage fees, without providing any legal basis or required documentation. They have refused to provide a copy of the tow order, invoice, or breakdown of charges. They are threatening to dispose of the vehicle under Illinois lien law, even though they failed to properly notify the actual titled owner. These actions amount to: - False and misleading representations under 15 U.S.C. § 1692e; - Unfair practices under 15 U.S.C. § 1692f; - Failure to provide required notice of debt and opportunity to dispute under 15 U.S.C. § 1692g. I believe this is a deceptive and abusive debt collection tactic being disguised as a mechanics lien, in violation of the Fair Debt Collection Practices Act and consumer protection statutes. I am requesting an investigation, removal of all fees, immediate release of the vehicle, and enforcement actions against the company. Requested Resolution: - Immediate release of the vehicle without charge - Refund of any amounts paid under duress - Investigation into URT E&R Towing's towing and billing practices - Sanctions for any violations of state or federal law - Cease and desist order prohibiting future unauthorized tows

View full complaint ⊕

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

 **FEDERAL TRADE COMMISSION**
**ReportFraud.ftc.gov**

FTC Report Number

192685330

# Consumer Report To The FTC

**The FTC cannot resolve individual complaints, but we can provide information about next steps to take.** We share your report with local, state, federal, and foreign law enforcement partners. Your report might be used to investigate cases in a legal proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

## About you

**Name:** DOMONIQUE MICHELLE THORNHILL

**Address:** PO BOX 2427

**City:** ORLAND PARK  **State:** Illinois  **Zip Code:** 60462

**Country:** USA

**Email:** DOMONIQUETHORNHILL@PROTON.ME

**Phone:** 312-785-1206

## What happened

FEDERAL TRADE COMMISSION – CONSUMER COMPLAINT Complainant: Domonique Thornhill PO Box 2427 Orland Park, IL 60462 Business Reported: URT E\&R Towing, Inc. d/b/a Xpert Towing and Repair 16325 S Crawford Ave Markham, IL 60428 (708) 333-7300 Registered Agent: FILEJET LLC, 444 N Michigan Ave, Ste 1200 #162, Chicago, IL 60611-3959 Complaint Summary: On August 14, 2025, my business vehicle, a 2014 Chevrolet Impala (VIN: 2G1125S33E9182415, Illinois Plate EY11096), was towed from a lawful parking space directly in front of my residence in Orland Park, Illinois. The towing company, URT E\&R Towing, Inc. (also doing business as Xpert Towing and Repair), has engaged in fraudulent, deceptive, and unfair debt collection practices in violation of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692 et seq., the Illinois Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/2), and Illinois Vehicle Code provisions (625 ILCS 5/4-203, 4-205, 3-202, and 810 ILCS 5/9-311). Specific Allegations: 1. False Authorization Claims: * The company initially claimed the tow was authorized by the Orland Park Police Department, then later claimed it was authorized by the Orland Hills Police Department. * Despite repeated requests, the company has refused to provide tow authorization records, police call logs, or the name of any officer involved. 2. Misidentification of Owner: * On or about August 20, 2025, I received a certified letter from URT/Xpert stating that I, Domonique Thornhill, was the "last titled owner or lienholder." * In fact, the vehicle is registered under Floating Caterpillar Inc., my company. Any lien or notice issued to me personally is legally defective. 3. Improper Debt Collection: * The company demanded \$700 for the tow and \$50 per day in storage fees, without providing an itemized breakdown. * By September 14, 2025, the balance exceeded \$2,200, now reflected in their "invoice" as \$1,570. * These amounts are not authorized by law or agreement, violating FDCPA §1692f(1). 4. Threatened Unlawful Disposal: * The company threatened to sell or dispose of my vehicle under a mechanic's lien without providing lawful notice to the titled owner, in violation of 625 ILCS 5/4-205. 5. Failure to Provide Information: * Instead of producing the requested documents, the company only sent an invoice, which is non-responsive and does not establish lawful authority for the tow. 6. BBB Proceedings: * I filed Complaint ID #23781468 with the Better Business Bureau of Chicago**. * The business repeated its position, provided no supporting records, and the BBB closed the matter as "Answered – consumer remains dissatisfied." * The closure demonstrates the company's ongoing refusal to comply with law or provide accountability. Violations Reported: FDCPA: * §1692e(2)(A) – Misrepresenting the character, amount, or legal status of the debt. * §1692e(10) – Use of deceptive means to collect. * §1692f(1) – Attempting to collect amounts not authorized by law. * §1692f(6) – Threatening to dispossess property without a present right to possession. * Illinois Law: *625 ILCS 5/4-203 & 5/4-205 – Failure to show lawful police authorization and notice to the proper owner. *625 ILCS 5/3-202 & 810 ILCS 5/9-311 – Misidentifying titled owner and attempting to perfect lien improperly. *815 ILCS 505/2 – Engaging in deceptive and unfair business practices. Harm Suffered: Loss of use

## How it started

| Date fraud began: | Amount I was asked for: | Amount I Paid: |
|---|---|---|
| 09/11/2025 | | $1,720.00 |
| **Payment Used:** | | **How I was contacted:** |
| Debit Card | | Mail |

## Details about the company, business, or individual

| Company/Person | | |
|---|---|---|
| **Name:**<br>URT ER TOWING, INC | | |
| **Address Line 1:** | **Address Line 2:** | **City:** |
| **State:** | **Zip Code:** | **Country:** |
| **Email Address:** | | |
| **Phone:** | | |
| **Website:** | | |
| **Name of Person You Dealt With:** | | |

 ## Your Next Steps

**If you paid a scammer with a credit or debit card:**

- **File a dispute** (also called a "chargeback") with your **credit** or **debit card** company. Tell them it was a fraudulent charge. Ask them to reverse the transaction and give you your money back.
    - **Online:** Log onto your credit or debit card company's website and go through the dispute process.
    - **By phone:** Call the phone number on the back of your card and tell them why you're filing a dispute.

- **Follow up with a letter to your credit or debit card company.** To protect any rights you may have, follow up in writing by sending a letter to the address listed for billing disputes or errors. **Use our sample letter.**

- **Save your records.** Keep any letters, notes, or emails related to the scam - they could help prove you're entitled to a refund if the credit or debit card company has any questions.

- **Find out your rights at ftc.gov/credit.**

**General Advice:**

- You can find advice and learn more about bad business practices and scams at **consumer.ftc.gov.**

- If you're concerned that someone might misuse your information, like your Social Security, credit card, or bank account number, go to **IdentityTheft.gov** for specific steps you can take.

- Learn more about impersonation scams at **ftc.gov/impersonators.** If someone says they are with the FTC, know that the FTC will never demand money, make threats, tell you to transfer money, or promise you a prize.

- You also can file a report with your **state attorney general.**

 ## What Happens Next

Thank you for reporting!

- We can't resolve your individual report, but we use reports to investigate and bring cases against fraud, scams, and bad business practices.

- Your report goes into the FTC's Consumer Sentinel database, which is available to federal, state, and local law enforcement across the country.

- We use reports to spot trends, educate the public, and share data about what is happening in your community. You can learn what other people in your state or metro area are reporting by visiting **ftc.gov/exploredata.**

- When the FTC brings cases, we try to get money back for people. At **ftc.gov/refunds** you can see recent FTC cases that resulted in refunds.

Case: 1:25-cv-11052 Document #: 1 Filed: 09/12/25 Page 41 of 42 PageID #:41

## ✉️▶️ Want to learn more?

- Watch **this video** to learn about the importance of reporting.

- Sign up for FTC Consumer Alerts at **ftc.gov/ConsumerAlerts** to stay connected to the FTC and learn about new scams.

(Form VS_SLAV_13F 07/20/2018)

## 2026 Illinois Registration Identification Card
### Alexi Giannoulias, Illinois Secretary of State

| Vehicle Year 2014 | Vehicle Make CHEVROLET | VIN 2G1125S33E9182415 |
|---|---|---|
| Weight or CC's | Body Style SEDAN | Application Type PASSENGER |
| Axles | Leased/Rental | Unit Number | File Number | County 103 COOK |

**FLOATING CATERPILLAR INC**
**500 N MICHIGAN AVE STE 536**
**CHICAGO IL 60611-3755**

Registration ID: 3664 8481  PIN: 6624

| Driver's License Number(s) or FEIN(s) DRIVERS LIC, STATE ID, FEIN # | Expiration Date 08/31/2026 |
|---|---|
| | Plate Number EY11096 |

| Renewal Fee Due $151.00 | IF PAID AFTER 09/30/25 FEE IS | Late Fee 171.00 |
|---|---|---|

**Verify Your Information.** Please verify that your information on all portions of this notice is correct. If your address is incorrect or has changed, check the box for "change of address information on back" and fill out the correct address in the spaces provided. If your name or vehicle has changed, you must provide proper documentation. For more information on title and transfer of vehicle information, please visit the Secretary of State's Web site at www.ilsos.gov or call 800-252-8980.

**Renew Your Plate If All Information is Correct.**

*By mail.* Make your check payable to the Illinois Secretary of State and send in with bottom portion of this renewal notice. We recommend sending mail-in renewals at least 30 days prior to your expiration.

*In person.* Visit your nearest drivers services facility, currency exchange or participating bank. Bring this renewal notice and payment.

**Renew Your Plate If you Made Changes.**

*By mail.* Put a line through incorrect vehicle information on this form and write in correct information. Make your check payable to the Illinois Secretary of State and send in with bottom portion of this renewal notice and proper documentation. We recommend sending mail-in renewals at least 30 days prior to your expiration.

*In person.* Visit your nearest Drivers Services facility, currency exchange or participating bank. Bring this renewal notice and proper documentation to authenticate your changes and payment.

**Your vehicle must pass an IEPA emissions test before you can renew your vehicle registration. For more information visit WWW.ILLINOISAIRTEAM.COM**

When paying by mail please detach and return bottom portion with your payment.

| Vehicle Year 2014 | Vehicle Make CHEVROLET | VIN 2G1125S33E9182415 |
|---|---|---|
| Weight or CC's | Body Style SEDAN | Application Type PASSENGER |
| Axles | Leased/Rental | Unit Number | File Number | County 103 COOK |

**FLOATING CATERPILLAR INC**
**500 N MICHIGAN AVE STE 536**
**CHICAGO IL 60611-3755**

| Driver's License Number(s) or FEIN(s) DRIVERS LIC,        STATE ID, FEIN # | Expiration Date 08/31/2025 | Plate Number EY11096 |
|---|---|---|

| Renewal Fee Due $151.00 | IF PAID AFTER 09/30/25 FEE IS | Late Fee 171.00 |
|---|---|---|



☐ Mark an "X" if change of address

1EY11096++80826P+++R+++0151008